IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LLOYAL WILLIE BRYANT
ADC #128117                                                                                                    PETITIONER

VS.                         5:13CV00380 JLH/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                    RESPONDENT

### **ORDER**

Petitioner has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, and has now paid the $5.00 filing fee. *Doc. #4*.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court is directed to serve a copy of the Petition (*doc. #2*) and this Order on Respondent and the Arkansas Attorney General by mail.

2. Respondent shall file a responsive pleading **within twenty-one (21) days** of service.

Dated this 19th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE