IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LLOYAL WILLIE BRYANT, ADC#128117                                              PETITIONER

v.                             No. 5:13CV00380 JLH/JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                             RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITH PREJUDICE.

DATED this 10th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE